UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

COURTENAY R. PRICE,               )
                                  )
            Petitioner,           )
                                  )
v.                                )        No.:    3:26-CV-57-TAV-JEM
                                  )
SHAWN PHILLIPS,                   )
                                  )
            Respondent.           )

## MEMORANDUM OPINION AND ORDER

Courtenay R. Price[1], an inmate in state custody at the Morgan County Correctional Complex, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254 [Doc. 2] and a motion for leave to proceed *in forma pauperis* [Doc. 1].  While Petitioner is currently housed in this District, his federal habeas petition challenges his 2009 criminal judgments in the Criminal Court of Madison County, Tennessee, which lies in the judicial district for the Western District of Tennessee [*See* Doc. 2].

In a habeas action, venue is concurrent in the judicial district where the petitioner was convicted and the district where he is currently located.  *See* 28 U.S.C. § 2241(d). However, a habeas petitioner's place of confinement may change, while the district of his conviction will remain constant.  Therefore, Tennessee courts routinely transfer habeas petitions to the judicial district in which the convicting court is located.  *See, e.g., Demery*

---

[1] The Tennessee Department of Correction classifies Petitioner as Courtenay Price, noting that one of Petitioner's aliases is Courtenay Robertson.  *See* Tenn. Dep't of Corr., *Felony Offender Information*, https://foil.app.tn.gov/foil/results.jsp (last visited Feb. 10, 2026).  The Court notes, however, that the criminal judgments attached to the petition are under the name of Courtenay Robertson [Doc. 2, pp. 15–17].

*v. Donahue*, No. 13-1011, 2013 WL 3967181, at *1 (W.D. Tenn. Aug. 1, 2013) (transferring habeas petition to the Eastern District because "it is the practice of the federal district courts in Tennessee that all § 2254 petitions are to be heard in the district in which the conviction was obtained").

Madison County is located in the Eastern Division of the Western District of Tennessee. *See* 28 U.S.C. § 123(c)(1). Accordingly, and in accordance with this Court's authorization to transfer cases to another district "in the interest of justice," *see* 28 U.S.C. § 1404(a), the Court **DIRECTS** the Clerk to **TRANSFER** this entire action to the United States District Court for the Eastern Division of the Western District of Tennessee and **CLOSE** this Court's file.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

2